merchandise for delivery to customers or at the homes of customers after delivery, do not also repair and polish merchandise received in the warehouse from interstate shipments before it is offered for sale at retail. If employees there are who perform both functions, each for a substantial portion of time, the judgments in their favor will be sustained. The judgment as to others appealing must be reversed.

A collateral issue relative to attorney fees is also raised by the appeal. The court allowed attorney fees in the sum of $2,000, arriving at that amount by an allowance of $25 for each of the 80 successful plaintiffs. The appellant urges that if the judgments in favor of some are set aside that the allowance should be proportionately reduced. The question of reasonable attorney fees is clearly within the discretion of the trial court. It seems appropriate to remit decision upon this issue to the district judge. Maddrix v. Dize, 4 Cir., 153 F.2d 274.

Reversed and remanded to the district court for further proceedings consistent herewith.

J. F. Kemp and J. M. Johnson, both of Atlanta, Ga., for appellants.

M. Neil Andrews, U. S. Atty., and Jas. T. Manning and Allen E. Lockerman, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before HUTCHESON, McCORD, and LEE, Circuit Judges.

PER CURIAM.

Indicted for conspiracy to violate various provisions of the Internal Revenue laws, both defendants were convicted. They appealed, assigning error on the ground that the evidence was insufficient to warrant conviction. The evidence of Pruitt's guilt is overwhelming, indeed, we think it hardly permits of any other reasonable conclusion than that he was guilty. As to Prichard, although the evidence is not nearly so strong, it yet presents a chain of circumstances pointing, in the absence of adequate explanation, unerringly to his guilt.[1] The judgment is affirmed.

### PRICHARD et al. v. UNITED STATES.
#### No. 11634.

Circuit Court of Appeals, Fifth Circuit.
Dec. 19, 1946.

Rehearing Denied Jan. 22, 1947.
Writ of Certiorari Denied March 31, 1947.

### CANNON et al. v. UNITED STATES.
#### No. 11675.

Circuit Court of Appeals, Fifth Circuit.
Dec. 27, 1946.

Rehearing Denied Jan. 22, 1947.
Writ of Certiorari Denied March 17, 1947.
See 67 S.Ct. 980.

[1] Nounes v. United States, 5 Cir., 4 F.2d 833.